■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT SELTMAN, Appellant. [666 NYS2d 444] —Appeal by the defendant from a judgment of the County Court, Nassau County (Wexner, J.), rendered June 5, 1995, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

At trial, a detective testified that after advising the defendant of his *Miranda* rights, the defendant stated that he did not want to speak to the police. The defendant did not object to this testimony but, on the next day, requested that a curative instruction be given in the charge regarding the defendant's right to remain silent. A curative instruction was given, and the defendant did not voice any objection to it. Thus, the defendant's claim of error regarding the testimony is not preserved for appellate review (*see, People v Waters,* 90 NY2d 826; *People v Salaman,* 231 AD2d 464; *People v Davis,* 223 AD2d 652). In any event, while the admission of this testimony was error (*see, People v Rothschild,* 35 NY2d 355), reversal is not warranted since there was no reasonable possibility that such error contributed to the defendant's conviction in light of the overwhelming evidence of guilt (*see, People v Davis, supra).*

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Mangano, P. J., Copertino, Krausman and McGinity, JJ., concur.